# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      JAMES R BLOOM
      CYNTHIA F BLOOM
          Debtor(s)

Case No. 07-04006

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/07/2007.

2) The plan was confirmed on 05/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/05/2012.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $41,306.00.

10) Amount of unsecured claims discharged without payment: $94,205.98.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $187,740.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$187,740.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $9,302.60 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$9,302.60** |

Attorney fees paid and disclosed by debtor:     $3,823.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC HUMANE & WILDLIFE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ALL TEMP HEATING & COOLING | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 24,827.11 | 24,827.11 | 13,429.73 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,033.17 | 2,090.22 | 2,090.22 | 1,130.66 | 0.00 |
| ASSET RECOVERY GROUP | Unsecured | 3,280.21 | NA | NA | 0.00 | 0.00 |
| BANNOCKBURN RADIOLOGY CTR | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 2,472.08 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 2,677.54 | NA | NA | 0.00 | 0.00 |
| BOARD OF JEWISH EDUCATION | Unsecured | 4,681.10 | NA | NA | 0.00 | 0.00 |
| BUY RITE DVD | Unsecured | 724.50 | NA | NA | 0.00 | 0.00 |
| CACH | Unsecured | 4,632.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO ORAL & MAXILOFCL SURG | Unsecured | 319.40 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| CLEAR CHECK INC | Unsecured | 75.00 | 75.00 | 75.00 | 40.57 | 0.00 |
| CONSTANTINOS FRANTZIDES MD | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY CIRCUIT | Unsecured | 628.30 | NA | NA | 0.00 | 0.00 |
| DARRYL M BRONSON MD | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| DEERFIELD SCHOOL #109 | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| DETMATOLOGY PARTNERS OF N SHO | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATL TRUST CO | Secured | 65,554.00 | 65,554.00 | 65,554.00 | 65,554.00 | 0.00 |
| DEUTSCHE BANK NATL TRUST CO | Secured | NA | NA | NA | 0.00 | 0.00 |
| DR ROBERT FRIEDSTAT | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| EAGLE MARKET MAKERS INC | Unsecured | 16,000.00 | NA | NA | 0.00 | 0.00 |
| EBAY | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ENH RADIOLOGY | Unsecured | 71.85 | NA | NA | 0.00 | 0.00 |
| EVANSTON NORTHWESTERN HEALT | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| EXXON MBGA CORPORATION | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE GROUP | Unsecured | 583.15 | NA | NA | 0.00 | 0.00 |
| FOOT & ANKLE CLINIC | Unsecured | 203.50 | NA | NA | 0.00 | 0.00 |
| FRONT ROW ENTERTAINMENT | Unsecured | 3,050.00 | NA | NA | 0.00 | 0.00 |
| H RODRIGUEZ LANDSCAPING | Unsecured | 2,295.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IC SYSTEM | Unsecured | 45.23 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 295.32 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 286.82 | 286.82 | 155.15 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 1,436.55 | 1,582.73 | 1,582.73 | 1,582.73 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 83,364.00 | 83,364.00 | 83,364.00 | 83,364.00 | 3,240.71 |
| INTERNAL REVENUE SERVICE | Priority | 16,154.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 14,826.14 | 14,826.14 | 8,019.90 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 282.20 | 282.20 | 152.65 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 195.66 | NA | NA | 0.00 | 0.00 |
| MEDTRONIC MINI MED | Unsecured | 509.35 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | NA | 3,267.16 | 3,267.16 | 1,767.30 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| NEUROLOGY CONSULTANTS | Unsecured | 59.50 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CONSULTATION CTR | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PEGASUS SOCCER CLUB | Unsecured | 3,850.00 | NA | NA | 0.00 | 0.00 |
| PREVENTION SPECIALISTS LTD | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| RPM COLLECTION | Unsecured | 868.80 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 167.30 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 462.50 | NA | NA | 0.00 | 0.00 |
| SURPLUS COUNTRYWIDE DIST ENT | Unsecured | 6,787.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| UHAUL | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| WELL FOOT & ANKLE SERVICE | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| WILMETTE POLICE DEPT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $65,554.00 | $65,554.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $83,364.00 | $83,364.00 | $3,240.71 |
| **TOTAL SECURED:** | **$148,918.00** | **$148,918.00** | **$3,240.71** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,582.73 | $1,582.73 | $0.00 |
| **TOTAL PRIORITY:** | **$1,582.73** | **$1,582.73** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$45,654.65** | **$24,695.96** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,302.60 |
| Disbursements to Creditors | $178,437.40 |

**TOTAL DISBURSEMENTS** :                                                   **$187,740.00**

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2012                              By: /s/ Glenn Stearns

                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**